UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CAROLYN WENDY HERZ, Ph.D.,                          )
                                                    )
            Plaintiff,                              )
    v.                                              )
                                                    )
DAVID F. HAMILTON, IAN STEWART, EVAN                ) Case No. 1:24-mc-00033-JRS
GOODMAN, MARC ROTHENBERG, TRENT                     )
MELTZER, THEODORE ROKITA, as Attorney General       )
of the State of Indiana, INDIANAPOLIS HEBREW        )
CONGREGATION, INC., LESLIE PAGE, and DENNIS         )
SASSO,                                              )
                                                    )
            Defendants.                             )

## MOTION TO STAY

The Defendant, Judge David F. Hamilton, in his official capacity, respectfully requests that this Court stay any obligation by the Defendant to file an Answer or other responsive pleading to the Plaintiff's Complaint against him (Dkt. 1-1) until the Court has screened the Plaintiff's Complaint for the foregoing reasons:

1.      On June 23, 2025, the Plaintiff filed a Complaint for Declaratory and Injunctive Relief and Damages against the Defendant and other parties in the Marion Superior Court, Cause No. 49C01-2506-CT-029324. The Plaintiff appears to have alleged that the Defendant took certain actions against her in his capacity as a federal judge. (Dkt. 1-1, Complaint at II Parties.) On July 18, 2025, the Defendant timely removed the case to this Court pursuant to 28 U.S.C. § 1442(a), as it is a civil action brought against an officer of the Courts of the United States.

2.      Pursuant to Court's Amended Order dated July 24, 2025 (Dkt. 9), the Defendant refiled the Notice of Removal (Dkt. 1) in this miscellaneous case, *In re: Carolyn Wendy Herz,* Cause No. 1:24-mc-33-TWP. The Notice of Removal was docketed on July 29, 2025.

3.      The Defendant respectfully requests that the Court stay any obligation to answer or otherwise respond to the Plaintiff's Complaint until the Complaint has been screened.

4.      Ms. Herz is subject to sanctions that were imposed by the Seventh Circuit in an Order dated August 30, 2011. *Srivastava v. Zoeller*, No. 11-2817 (7th Cir. Aug. 30, 2011). The Order specifies: "[T]he clerks of all federal courts in this circuit shall return unfiled any papers submitted either directly or indirectly by or on behalf of Carolyn H. Srivastava unless and until she pays in full the sanction that has been imposed against her." This Court has also sanctioned Ms. Herz, preventing her from filing. An injunction was issued in Cause No. 1:04-mc-104-SEB-DML on July 29, 2011, and was extended in May 22, 2014. *See In re: Srivastava*, 2011 U.S. Dist. LEXIS 84121 (S.D. Ind. July 29, 2011); *In re: Carolyn Wendy Herz f/k/a Carolyn Srivastava*, 1:04-mc-104 (S.D. Ind. May 22, 2014) (enjoining Ms. Herz from filing or continuing to litigate any claim in any court of any jurisdiction that targets the defendants in any of her prior cases or claims until eight months beyond certain reports are filed with the court); *Herz v. Rothberg*, Cause No. 1:24-cv-00854-TWP-TAB (May 30, 2024 S.D. Ind.) (Dkt. 8 (Order Screening and Dismissing Action and Directing Final Judgment recognizing on-going injunction against plaintiff).)

5.      In this case, Ms. Herz has attempted to bypass the filing restrictions by filing a claim against the Defendant in state court, requiring removal to this Court. Her restricted filer status, however, has not changed. Ms. Herz is precluded from filing documents in this or any other case, and therefore cannot proceed with her claims against the Defendant, making the operative Complaint subject to immediate dismissal. *See, e.g., Herz v. United States of America*, Cause No. 1:21-cv-01912-TWP-MJD (July 20, 2021 (Dkt 10, Order Dismissing Action and Directing Final Judgment).).

6.     Accordingly, this Court should screen the Plaintiff's Complaint and find it subject to dismissal based on the Plaintiff's restricted filer status or for failure to state a cognizable claim. *See Herz v. Rothberg*, Cause No. 1:24-cv-00854-TWP-TAB (May 30, 2024 S.D. Ind.) (Dkt. 8 (Order Screening and Dismissal Action and Directing Final Judgment finding allegations "fantastical" and advancing no legitimate claims).)

WHEREFORE, the Defendant respectfully requests that this Court stay any obligation by the Defendant to answer or file a responsive pleading to the Plaintiff's Complaint against him.

THOMAS E. WHEELER II
United States Attorney


By:     _s/ Shelese Woods_____
Shelese Woods
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
*Email address:* Shelese.Woods@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, the foregoing was filed electronically through ECF/CM.  On this same date, I have served as copy of the foregoing upon the following by first class mail, prepaid, and properly addressed to:

Carolyn Wendy Herz
3105 Lehigh Court
Indianapolis, IN 46268

Theodore Rokita
ATTORNEY GENERAL
Indiana Government Center South 5th Floor
302 West Washington Street
Indianapolis, IN 46204

Rosemary L. Borek
CLARK JOHNSON & KNIGHT, LTD
11590 North Meridian Street, Suite 650
Carmel, IN 46032
*Counsel for Indianapolis Hebrew Cong.*

Eric J. Leveque
Benjamin W. Cardwell
OFFICE OF ATTORNEY GENERAL
302 West Washington Street, 5th Floor
Indianapolis, IN 46204
*Counsel for Mark Rothenberg, Evan Goodman, Trent Meltzer & Ian Stewart*

Leslie Page
245 West 44th Street
Indianapolis, IN 46208

Dennis Sasso
525 Terhune Lane
Carmel, IN 46032

*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333