UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re:

CAROLYN WENDY HERZ,                )
                                   )
              vs.                  )
                                   )    Case No. 1:24-mc-00033-JRS
DAVID F. HAMILTON,                 )
                                   )
              Defendant,           )
                                   )
SHELESE WOODS,                     )
                                   )
         Interested party.         )

**FILED**

**08/28/2025**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

### CAROLYN WENDY HERZ'S MOTION FOR EVIDENTIARY HEARING ON MOTION TO STAY

Pursuant to Local Rule 7-5 (c), I, Carolyn Wendy Herz, respectfully move the Court to conduct an evidentiary hearing on David F. Hamilton's ("Hamilton") Motion to Stay, filed August 1, 2025 (Docket #6), and my response submitted August 15, 2025, based on the following:

Hamilton has, repeatedly over the years, accused me of filing frivolous lawsuits. However, he has never specified what, exactly, is frivolous about my lawsuits. It is easy to blithely call a lawsuit frivolous without so much as a glance at even the docket sheet. That bare conclusory allegation (not evidence) forms the basis for the institution of this case, and Hamilton's justification in his motion for refraining from answering my claims.

Similarly, in his motion, Hamilton referenced two documents: 1) a document that was allegedly issued as part of U.S. Court of Appeals for the Seventh Circuit case no. 11-2817 (hereinafter, "No. 11-2817 Document"); and 2) an alleged "Amended Injunction" designated as number 1:04-mc-104-SEB-DML (hereinafter, ""Amended Injunction" 1:04-mc-104-SEB-DML") emanating from an alleged case in the U.S. District Court for the Southern District of Indiana. In my August 15, 2025 verified response to his motion, I testified that I never received prior notice

or a hearing on the alleged orders, or a fair opportunity to respond.

I also do not know whether the other alleged orders referenced in Hamilton's motion were in fact signed and authorized by the judge to whom they are attributed, and if so, whether they were based on truthful evidence communicated to the judge. It is easy to forge judges' signatures.

But Hamilton has gone beyond wild accusations that I file frivolous lawsuits. He has relentlessly sought to impugn my character generally, to prevent me from living my life. I would therefore like to ask Hamilton questions about the alleged orders, other actions he has taken against me as outlined in my complaints, and the identities of other individuals who participated in the actions, including within the following areas:

1. How he first became aware of my existence, and what led him to his conclusion that I am a mentally ill criminal. Also, why he believes that I am not entitled to be treated in accordance with the law.

2. Questions about the handling of case no. IP98-0242-C-H/G, removal of tens of thousands of dollars from my financial account, and any *ex parte* interactions with the defendants, their associates, and/or their counsel.

3. The particulars of the events surrounding the drafting and filing of No. 11-2817 Document and "Amended Injunction" 1:04-mc-104-SEB-DML, including the dates and locations of all in-court proceedings, the identities of all individuals who participated, and what specifically I am alleged to have done to deserve punishment. Also, the legal authority for the "fine" imposed, and what would be the procedure and subsequent proceedings if I were, hypothetically, to pay it.

4. Hamilton's participation in my other cases in U.S. district courts in the Northern and Southern districts of Indiana that were summarily dismissed without giving me a chance to litigate my meritorious claims, and my attempted appeal from case no. 1:20-cv-01412-RLY-DLP.

5. Interference in state court cases

6. The details of Hamilton's interactions with my family members and legal actions relating to them, whether directly or indirectly through others. For example, how did his September 2004 "opinion" in case no. 1:03-cv-1447 DFH-VSS end up filed in a probate case relating to my father in Davidson County, Tennessee in November 2009?

7. Use of the government law enforcement apparatus to deny me free exercise of religion, interactions with members of the Indiana Jewish establishment, and anyone else involved.

8. My December 2010 complaint of misconduct/disability against Hamilton.

Also, I would request that he bring the following documents to the hearing:

1. Any documents and/or recordings, whether paper or electronic, whether email, text, image or other data compilation anticipated to be necessary for complete answers to the questions, including any written communications that were part of the interactions referred to.

2. All documents and/or recordings, whether paper or electronic, whether email, text, image or other data compilation in his possession that purport to have been authored, created, or authorized by me, Carolyn Wendy Herz, <u>excluding</u> documents that are in the public record and accessible to the general public.

I feel I have insufficient experience with hearings to accurately estimate the time required, but maybe 2 – 4 hours?

If this motion is granted, it will be the first time ever that I have had any semblance of due process with respect to Hamilton's relentless accusations against me. I am willing to testify as well.

WHEREFORE, I pray that the Court set Hamilton's Motion to Stay for evidentiary hearing.

Respectfully submitted,

Carolyn Wendy Herz, *pro se*
3105 Lehigh Court

3

Indianapolis, IN 46268
(317) 525-2926
cwherz4802@gmail.com

CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing will be served upon the following through the Court's electronic service, this 28th day of August, 2025:

Shelese Woods, Assistant U.S. Attorney
Office of the United States Attorney for the
      Southern District of Indiana
shelese.woods@usdoj.gov

_____
Carolyn Wendy Herz, *pro se*

4